IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    **Plaintiff**,

           **v.**          **Criminal No.** 10-475-01 (FAB)

JOSE PEREZ-ACEVEDO

    **Defendant**.

**ORDER**

    Having considered the Report and Recommendation filed on February 25, 2011 (Docket No. 25) on a Rule 11 proceeding of defendant held before U.S. Magistrate Judge Bruce J. McGiverin on February 25, 2011, to which no opposition has been filed, the same is **APPROVED**. Accordingly, the guilty plea of defendant is accepted. The Court finds that his plea was voluntarily and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

    This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report on February 25, 2011. The U.S. Probation Office will prepare a pre-sentence report.

    **Sentencing hearing was scheduled for June 8, 2011 at 9:00 am.**

    **IT IS SO ORDERED.**

    San Juan, Puerto Rico, March 15, 2011.

                                              s/ Francisco A. Besosa
                                              FRANCISCO A. BESOSA
                                              UNITED STATES DISTRICT JUDGE